# MANDATE

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of March, two thousand eight,

Before:  Hon. John M. Walker, Jr.,
         Hon. Barrington D. Parker,
             *Circuit Judges.*
         Hon. P. Kevin Castel,
             *District Judge.* *

Docket No. 05-6967-cr

UNITED STATES OF AMERICA,

*Appellee,*

- v. -

FERNANDO SERO, also known as Ferdie Resada,

*Defendant-Appellant.*

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was submitted by counsel.

ON CONSIDERATION THEREOF, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and hereby is AFFIRMED in accordance with the opinion of this Court.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

Joy Fallek,
Administrative Attorney

FILED MAR 1 9 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

* The Honorable P. Kevin Castel, United States District Court for the Southern District of New York, sitting by designation.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
   DEPUTY CLERK

ISSUED AS MANDATE: April 11, 2008